



## MEMORANDUM OPINION

No. 04-11-00876-CV

Efren **CARDENAS**,
Appellant

v.

**1735 NOLAN LAND TRUST**, Shannon L. Stephen, Trustee,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 373027
Honorable Walden Shelton, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice

Delivered and Filed:  April 11, 2012

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on January 30, 2012. Neither the brief nor a motion for extension of time has been filed. We, therefore, ordered Appellant Efren Cardenas to file, on or before March 5, 2012, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by his failure to timely file a brief. We warned that if Cardenas failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P.

38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order). Cardenas has not responded to our order or filed his brief. We, therefore, dismiss this appeal for want of prosecution.

PER CURIAM